IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:08CV34
(1:06CR31)

| JONATHAN DAVID HARRISON, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | **O R D E R** |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the Court on the Government's motion for an enlargement of time within which to file its responsive pleading to Petitioner's motion under 28 U.S.C. § 2255.

For the reasons set forth in the motion and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED,** and the time for responding to the Petitioner's § 2255 motion is extended to and including April 15, 2008.

Signed: April 4, 2008

Lacy H. Thornburg
United States District Judge